**United States District Court**
For the Northern District of California

*E-FILED 2/14/05*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IRENE KATALIN, | NO. 05-cv-2382 RS |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING DEADLINE BY WHICH COUNSEL SHALL FILE STIPULATION** |
| v. | |
| JO ANNE BARNHART, | |
| Defendant. | |

On January 27, 2006, the Court issued an order instructing plaintiff to appear on February 15, 2006 and show cause for her failure to comply with the scheduling order filed on June 13, 2005 in the above-entitled action. On February 13, 2006, the Court received a notice of appearance from attorney Harvey Sackett, who is now representing plaintiff, explaining that plaintiff was unaware that she was required to file a motion for summary judgment and stating that a stipulation setting forth a new briefing schedule for that motion has been sent to the defendant for approval. As a result, the order to show cause is hereby discharged and plaintiff is ordered to e-file the stipulation concerning the briefing schedule for her motion for summary judgment on or before February 24, 2006.

Dated: 2/14/06

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN DELIVERED TO:**

Caryn Goot    caryn.goot@ssa.gov

Joann Kim    joann.kim@ssa.gov

Harvey Peter Sackett    hps@hpspc.com, lucyc@sackettlaw.com; julie@sackettlaw.com; kristina@sackettlaw.com

Sara Winslow    sara.winslow@usdoj.gov, kathy.terry@usdoj.gov; claire.muller@usdoj.gov

**Dated: 2/14/06**                     **Chambers of Judge Richard Seeborg**

**By:**      **/s/ BAK**