```
 1  HARVEY P. SACKETT (72488)
 2  SACKETT
 3  AND ASSOCIATES                    *E-FILED 4/14/06*
    A PROFESSIONAL LAW CORP.
 4  1055 Lincoln Avenue
    Post Office Box 5025
 5  San Jose, California 95150-5025
 6  Telephone: (408) 295-7755
    Facsimile: (408) 295-7444
 7
 8  /lc
 9  Attorney for Plaintiff
10
11                    UNITED STATES DISTRICT COURT
12                    NORTHERN DISTRICT OF CALIFORNIA
13
14  IRENE E. KATALIN,              ) Civil No. C 05-02382 RS
                                   )
15         Plaintiff,              )
                                   )
16  v.                             ) STIPULATION AND ORDER
                                   )
17  JO ANNE B. BARNHART,           )
    Commissioner,                  )
18  Social Security Administration,)
19                                 )
           Defendant.               )
20                                 )
21
22      Plaintiff and Defendant, through their respective attorneys, hereby stipulate that
23  Plaintiff shall have a second extension of time up through and including Monday, May
24  15, 2006 in which to e-file her Motion for Summary Judgment.  This extension is
25  necessitated by the number of other cases Plaintiff's counsel currently has before the
26  district court that also require briefing.
27
28
```

1

STIPULATION AND ORDER

| | |
|---|---|
| | _____<br>KEVIN V. RYAN<br>United States Attorney |
| Dated: April 10, 2006 | /s/_____<br>SARA WINSLOW<br>Assistant U.S. Attorney |
| Dated: April 10, 2006 | /s/_____<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>IRENE E. KATALIN |

IT IS SO ORDERED.

Dated: April 14, 2006

_____
HON. RICHARD SEEBORG
United States Magistrate Judge