HARVEY P. SACKETT (72488)

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

*E-FILED 5/25/06*

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE E. KATALIN, | Civil No. C 05-02382 RS |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | |
| Defendant. | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a third extension of time up through and including Wednesday, June 14, 2006 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

|  | _____ |
|---|---|
|  | KEVIN V. RYAN |
|  | United States Attorney |

Dated: May 12, 2006    /s/_____
SARA WINSLOW
Assistant U.S. Attorney

Dated: May 12, 2006    /s/_____
HARVEY P. SACKETT
Attorney for Plaintiff
IRENE E. KATALIN

IT IS SO ORDERED.

Dated: May 25, 2006    _____
HON. RICHARD SEEBORG
United States Magistrate Judge

2

STIPULATION AND ORDER