KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile: (415) 436-7169

Attorneys for Defendant

*E-FILED 7/17/06*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IRENE E. KATALIN,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 05-02382 RS<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 30 days in which to file her response to plaintiff's motion for summary judgment.[1] Defendant's response was due on July 17, 2006, pursuant to Civil L.R.16-5. Defendant's response is now due on August 16, 2006.

///
///
///
///
///
///
///

---

[1] See attached Declaration of Mary P. Parnow.

This is defendant's first request.

Dated: July 10, 2006        /s/
                            HARVEY P. SACKETT
                            Attorney for Plaintiff


                            KEVIN V. RYAN
                            United States Attorney




Dated: July 11, 2006   By:     /s/
                            SARA WINSLOW
                            Assistant United States Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED:



Dated: 7/17/06              _____
                            RICHARD SEEBORG
                            United States Magistrate Judge

KATALIN, EXT.MXSJ (mpp)
C 05-02382 RS                              2

```
1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, SBN 88143
   Chief, Civil Division
3  SARA WINSLOW, DCBN 457643
   Assistant United States Attorney
4     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
5     Telephone: (415) 436-7260

6  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IRENE E. KATALIN, | ) | |
|---|---|---|
| | ) | CIVIL NO. 05-2382 RS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | DECLARATION OF MARY P. PARNOW |
| Commissioner of | ) | IN SUPPORT OF DEFENDANT'S REQUEST |
| Social Security, | ) | FOR EXTENSION OF TIME |
| | ) | |
| Defendant. | ) | |

I, Mary P. Parnow, declare and state as follows:

1. I am an Assistant Regional Counsel in the Office of the General Counsel for the United States Social Security Administration ("SSA"), Region IX.

2. This case is presently before the Office of Hearings and Appeals, Appeal Council pending review for purposes of settlement. This is the defendant Commissioner's first request for an extension. In order to ensure that this Appeal's Council review can be completed, I am requesting a further 30 day extension.

| | |
|---|---|
| 1 | I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. |
| 2 | Executed in San Francisco, California on July 7, 2006. |

By    /s/
MARY P. PARNOW
Assistant Regional Counsel