KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile: (415) 436-7169

Attorneys for Defendant

FILED NOV 9 2006 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IRENE E. KATALIN,<br><br>    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 05-02382 RS<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE RESPONSE TO PLAINTIFF'S PETITION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 30 days in which to file her response to Plaintiff's petition for Equal Access to Justice Act (EAJA) attorney fees.[1] Defendant's response was due on or about November 16, 2006. Defendant's response is now due on December 18, 2006.

///
///
///
///
///
///

---

[1] See attached Declaration of Mary P. Parnow.

This is defendant's first request.

Dated: November 7, 2006        /s/
                               HARVEY P. SACKETT
                               Attorney for Plaintiff


                               KEVIN V. RYAN
                               United States Attorney


Dated: November 8, 2006   By:  /s/
                               SARA WINSLOW
                               Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:


Dated: 11/9/06                 /s/
                               RICHARD SEEBORG
                               United States Magistrate Judge